James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

**Attorneys for Plaintiffs**

Gregory S. Cordrey (SBN No. 190144)
Joseph J. Mellema (SBN No. 248118)
Jeffer Mangels Butler & Mitchell, LLP
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 623-7200
Facsimile (949) 623-7202
gcordrey@jmbm.com
jmellema@jmbm.com

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LOGITECH INC.,<br><br>　　　　Defendant. | Case No.: 5:18-cv-01304-LHK<br><br>**JOINT STATUS REPORT** |

On April 9, 2019, the Court issued an Amended Order Staying Case, Dkt. No. 72, which stayed this action pending the outcome of an appeal in Uniloc USA, Inc. v. LG Electronics USA, Inc., 18-CV-06738-LHK. The Court further ordered the parties to file a status report within three days of a decision by the Federal Circuit and, if appropriate, request scheduling of a case management conference.

On April 30, 2020, the Federal Circuit reversed and remanded the district court's LG decision.

1    Uniloc 2017 requests scheduling of a case management conference. Uniloc 2017 opposes any stay to await the outcome of the IPRs discussed below, because Logitech will not agree to be estopped by the result of either. [1]

On November 12, 2018, Apple filed a petition for *inter partes* review of U.S. Patent No. 6,993,049 ("the '049 patent"), IPR2019-00251 ("Apple IPR"), which was instituted by the Patent Trial and Appeal Board ("PTAB") on July 22, 2019 ("Apple IPR").  Apple's IPR has been fully briefed and argued.  A Final Written Decision in the Apple IPR is expected by July 22, 2020.

On May 6, 2019, Microsoft filed a petition for *inter partes* review of the '049 patent, IPR2019-01026, which was instituted by the PTAB on December 4, 2019 ("Microsoft IPR").  A Final Written Decision in the Microsoft IPR is expected by December 4, 2020.

Logitech requests that the Court continue to stay the case pending final resolution of the Apple and Microsoft IPRs, included any appeals.[2]  Logitech contends continuing the stay is in the interests of judicial economy, conserves party resources and allows the Court and parties the benefit of obtaining guidance from the PTAB and Federal Circuit.

///
///
///

---

[1] Logitech has not yet reviewed the Apple and Microsoft IPRs and accordingly, at this time, does not take a position on any estoppel related to those IPRs.  Logitech states Uniloc only first raised this issue late Tuesday afternoon of May 5, 2020 in response to Logitech's proposed joint status report.

[22] In *Uniloc USA, Inc. et al. v. Apple Inc.*, Case No. 5:19-cv-01695-LHK (N.D. Cal.), also involving the '049 patent, Logitech understands that Apple has submitted (or will submit) a similar request.

Dated: May 5, 2020  /s/ *James J. Foster (with permission)*

James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

COUNSEL FOR PLAINTIFF

Dated: May 5, 2020  */s/ Gregory S. Cordrey*

Gregory S. Cordrey (SBN No. 190144)
Joseph J. Mellema (SBN No. 248118)
Jeffer Mangels Butler & Mitchell, LLP
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 623-7200
Facsimile (949) 623-7202
gcordrey@jmbm.com
jmellema@jmbm.com

COUNSEL FOR DEFENDANT

**ATTESTATION OF FILER**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Gregory S. Cordrey*